UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 81cr1149-BTM |
|---|---|
| Plaintiff, | ORDER AND JUDGMENT TO DISMISS INDICTMENT AND RECALL ARREST WARRANT AS TO DEFENDANT FRANCISCO MENDOZA-GALLARDO (3) |
| v. | |
| FRANCISCO MENDOZA-GALLARDO (3), | |
| Defendant. | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case against defendant FRANCISCO MENDOZA-GALLARDO be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: 5/25/2016

_____
Honorable Barry Ted Moskowitz
United States District Court